Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
P.O. Box 517
Yosemite, California  95389

Telephone:  (209) 372-0241

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket number:  6:17-PO-00401-SAB |
| Plaintiff, | |
| v. | STIPULATION TO VACATE TRIAL DATE; AND ORDER THEREON |
| KENDALL HUNTSMAN-SCHMALL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Kendall Huntsman-Schmall, by and through her attorney, Alexa Chrisos, that the trial in the above-captioned matter set for December 20, 2017 be vacated and the defendant be allowed to withdraw her previously entered not guilty plea and post a collateral in lieu of personal appearance.  The defendant requests approval from the Court for traffic school, and the Government recommends traffic school be approved.

//

//

//

//

1

At the completion of traffic school, the Defendant will pay the $210.00 collateral associated with this offense in the bail schedule to the Central Violations Bureau.

Dated:  December 14, 2017        /S/ Susan St. Vincent
                                                      Susan St. Vincent
                                                     Legal Officer
                                                     Yosemite National Park

Dated:  December 14, 2017        /S/ Alexa Chrisos
                                                       Alexa Chrisos
                                                     Attorney for Defendant
                                                     Kendall Huntsman-Schmall

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the December 20, 2017, trial in *U.S. v. Huntsman-Schmall*, *6:17-PO-00401-SAB*, is hereby vacated.  The court further orders:

1. The defendant's previously entered not-guilty plea is withdrawn
2. The Defendant is approved to take traffic school
3. At the completion of traffic school the defendant will pay a collateral forfeiture of $180 plus a $30 processing fee to the Central Violation Bureau

IT IS SO ORDERED.

Dated:  **December 14, 2017**

UNITED STATES MAGISTRATE JUDGE